IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LOUIS JOHNSON<br>　　　　Plaintiffs,<br><br>v.<br><br>MIDWEST FINANCIAL AND MORTGAGE<br>SERVICES INC., ET AL<br>　　　　Defendants. | Case No. 3:07-cv-01260-JGC<br><br>Judge CARR<br><br>**MOTION TO WITHDRAW<br>AS COUNSEL** |

NOW COMES movant, Sarah A. McHugh, attorney of record for Midwest Financial, Defendant in the above-titled and numbered cause, requesting that the court grant this motion to withdraw her representation and all participation in this case.  Counsel states further:

1.　　Movant is a licensed attorney and actively engaged in the practice of law in the State of Ohio.  Movant maintains an office for the practice of law at 20 N. St. Clair, City of Toledo, County of Lucas, State of Ohio.

2.　　Movant previously represented Defendant Midwest Financial, formerly a Kentucky Corporation.

3.　　Midwest Financial's Board of Directors and Shareholders approved the dissolution of the corporation on May 22, 2008, in accordance with Kentucky Revised Statutes, Section 217B.14-030.

1

4.     Midwest Financial ceases to exist as a corporation under Kentucky law pursuant to its dissolution.

5.     Each party to the litigation has been given notice of the dissolution of Midwest Financial.

6.     Because Midwest Financial is no longer a corporation under Kentucky law, there are no corporate representatives with whom to consult regarding the litigation of the above-mentioned matter.

7.     The attorney-client relationship between Midwest Financial and Sarah McHugh terminated upon the dissolution of the corporation.

8.     Midwest Financial continues to wind-up and liquidate its business affairs to complete its dissolution under Kentucky law, therefore Sarah McHugh's representation of the former corporation in the above-mentioned matter is unnecessary.

WHEREFORE, Sarah A. McHugh moves the court for an order discharging her as attorney of record for Midwest Financial in this action.

Respectfully submitted,

/s/ Sarah A. McHugh
Sarah A. McHugh
MALONEY, MCHUGH & KOLODGY, LTD.
20 North St. Clair Street
Toledo, Ohio 43604
Phone: (419) 241-5175
Fax: (419) 725-2075
smchugh@mmklaw.net

Attorney for Midwest Financial and Mortgage Services, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was electronically filed this 19th day of June, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/ Sarah A. McHugh
                                                 Sarah A. McHugh, Esq.